STATE OF MONTANA,
Plaintiff,                                                    NO. DC-90-36
vs.                                                          DECISION

**DWIGHT DAVID HILL,**
**Defendant.**

On April 9, 1991, the Defendant was sentenced to fifteen (15) years for Felony Sexual Assault without Consent; credit is given for sixty (60) days time served. The sentence is to be served concurrently with two (2) six (6) month sentences from Lewistown City Court.

On September 25, 1992, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and represented himself. The State was not represented.

Before hearing the application, the Defendant was advised that the Sentence Review Division is here to consider the sentence which was imposed by Judge Peter Rapkoch. This board has the authority to increase the sentence, to leave it as is, or to reduce it. In the event that the Board would decide the alternative to increase the sentence, the proceedings will be stayed, an attorney would be appointed, and the proceedings would be rescheduled for a later date. In the event that the Board determines the sentence will remain as is or reduce it, the Board will go ahead with that decision. The defendant acknowledged that he understood this and stated that he did not want to proceed, but wanted his case dismissed.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the petitioner's request is hereby granted and the Petition for Sentence Review shall be dismissed with prejudice.

DATED this 25th day of September, 1992.

**Hon. Ed McLean, Chairman, Hon. Thomas M. McKittrick, and Hon. G. Todd Baugh, Judges.**